IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND MATHIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:04-cv-01074-WKW |
| | ) | (WO) |
| LAMAR GLOVER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

On April 13, 2007, the Magistrate Judge filed a Recommendation (Doc. # 43) in this case, to which no objections have been made. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.  The Recommendation of the Magistrate Judge (Doc. # 43) is ADOPTED;

2.  The defendants' motion for summary judgment is GRANTED;

3.  This action is DISMISSED with prejudice; and

4.  Judgment will be entered in favor of the defendants and costs will be taxed against the plaintiff.

An appropriate judgment will be entered.

DONE this 8th day of May, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE